# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**STRIKE 3 HOLDINGS, LLC**, a limited liability company,

    **Plaintiff,**

v.                                                                                           Case No: 8:19-cv-577-T-35CPT

**JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 47.205.83.118**, an individual,

    **Defendant.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe, (Dkt. 12), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 27th day of June, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party